■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELOY RAMIREZ, Appellant. [36 NYS3d 400]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ozzi, J.), rendered March 15, 2011, convicting him of reckless endangerment in the second degree, criminal possession of a weapon in the fourth degree, and assault in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342, 348-349 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633, 643-644 [2006]). Mastro, J.P., Cohen, Connolly and Brathwaite Nelson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH WELCH, Appellant. [36 NYS3d 398]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Dutchess County (Greller, J.), imposed December 8, 2014, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Rivera, Dickerson, Hinds-Radix and Maltese, JJ., concur.